UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Linda M. Redmond,

    Plaintiff,

        v.                                       Case No. 1:18cv345

Commissioner of Social Security,           Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 23, 2019 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 13) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 13) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court